941 F.2d 1202
 Melnyczenko (Peter)
v.
Warden (Charles), Madenspacher (Joseph), Patterson
(Christopher), Burkholder (Timothy) Ballenger (Robert),
Eveland (R.G.), Stitzel (Gloria), Zell (Thomas),
Pellicciotti (Mark), Nettles (James), Beard (Herbert),
Habecker (Bret), Frankhouser (Ronald), Imber (Richard),
Whitmyer (Ronald), Pawling (Charles), Kurt (Klausmair), Van
Gorden (Lloyd), Hoover (David), Martin (Ken), Stevenson
(Dolores), Hirneisen (Clayton)
 NO. 91-1151
 United States Court of Appeals,
Third Circuit.
 JUL 03, 1991
 
 Appeal From: E.D.Pa.,
 Katz, J.
 
 
 1
 AFFIRMED.